**Motion Granted; Order filed September 24, 2015**



In The

# Fourteenth Court of Appeals

————————

NO.  14-15-00277-CR

————————

**ASTROROID DEWAYNE BENTON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 248th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1412553**

## ORDER

Appellant's court-appointed counsel filed a brief in which he concludes the appeal is wholly frivolous and without merit.  Appellant has filed a motion for pro se access to the appellate record. *See Anders v. California*, 386 U.S. 738 (1967); *Gainous v. State*, 436 S.W.2d 137 (Tex. Crim. App. 1969). Appellant's motion is granted.

Accordingly, we hereby direct the Judge of the 248th District Court to afford appellant an opportunity to view the trial record in accordance with local procedure; that the clerk of that court furnish the record to appellant on or before **October 9, 2015;** that

the clerk of that court certify to this court the date on which delivery of the record to appellant is made; and that appellant file his pro se brief with this court within thirty days of that date.


PER CURIAM